**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**PERNORRIS TAYLOR, SR.,**

                **Plaintiff,**

      **v.**                                       **9:10-CV-1494**

**DR. CHALOM,**

                **Defendant.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

**Pernorris Taylor, Sr.**
**PMB #335**
**315 Nassau Road**
**Rossevelt, NY 11575**
**Plaintiff,** *pro se*

**Hon. Eric T. Schneiderman**          **Charles Quackenbush, Esq.**
**Office of the Attorney General**       **Assistant Attorney General**
**State of New York**
**Department of Law**
**The Capitol**
**Albany, NY 12224**
**Counsel for Defendant**

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 13th day of December 2011.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The motion to dismiss filed by Dr. Chalom is granted, and plaintiff's complaint is dismissed in all respects, without leave to replead.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: January 4, 2012
       Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge